**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

**CHELSEA RUDD**, an individual,

    Plaintiff,

    v.

**API CHAYA**, a Washington nonprofit corporation,

    Defendant.

Case No. 2:19-CV-00689 RSM

**ORDER GRANTING STIPULATED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Pursuant to LCR 83.2(b), the parties stipulate for Kasey D. Huebner and Rachael R. Wallace of Mills Meyers Swartling P.S. to withdraw as counsel of record for defendant API Chaya and to allow Darren A. Feider and Mariya Khilyuk of Sebris Busto James to substitute as counsel of record for API Chaya. It is now ORDERED that the Stipulated Motion for Withdrawal and Substitution of Counsel, Dkt. #8, is GRANTED. Copies of all future papers, except service of process, should be served on the substituting attorneys at the following address:

Sebris Busto James
14205 SE 36th Street, Suite 325
Bellevue, Washington 98006
(425) 454-4233 tel.
(425) 453-9005 fax.

DATED this 18 day of June 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL – 1