# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CHELSEA RUDD, an individual | No.: 2:19-cv-00689 RSM |
| Plaintiff, | ORDER EXTENDING THE DISCOVERY DEADLINE |
| vs. | |
| API CHAYA, a Washington nonprofit corporation, | |
| Defendant. | |

THIS MATTER comes before the Court upon the parties' stipulation to extend the deadline for discovery to be completed in this matter from December 23, 2019, to January 10, 2020. The Court has considered the parties' stipulated motion and the materials contained in the court file.

The Court finds there is good cause to extend the discovery deadline to January 10, 2020.

//
//
//
//
//
//
//

ORDER EXTENDING
DISCOVERY DEADLINE
– Page 1
Case No. 2:19-cv-00689 RSM

ROCKE | LAW Group, PLLC
101 Yesler Way, Suite 603
Seattle, WA 98104
(206) 652-8670

PURSUANT TO STIPULATION, IT IS ORDERED that the parties' request to extend the discovery deadline is granted. The deadline for discovery to be completed in this matter is rescheduled to **January 10, 2020**.

IT IS SO ORDERED this 18th day of December 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*Presented by:*
ROCKE | LAW Group, PLLC

*s/Brittney S. Tubbs*
Brittney S. Tubbs, WSBA No. 54068
101 Yesler Way, Suite 603
Seattle, Washington 98104
Telephone: (206) 652-8670
Email: brittney@rockelaw.com
Attorney for Plaintiff Chelsea Rudd

*Approved as to form;*
*Notice of Presentation waived:*
SEBRIS BUSTO JAMES

*s/Mariya Khilyuk* (permission to sign)
Darren Feider, WSBA No. 22430
Mariya Khilyuk, WSBA No. 51182
14205 SE 36th St., Suite 325
Bellevue, Washington 98006
Telephone: (425) 454-4233
Emails: dfeider@sebrisbusto.com
mkhilyuk@sebrisbusto.com
Attorneys for Defendant API Chaya

ORDER EXTENDING
DISCOVERY DEADLINE
– Page 2
Case No. 2:19-cv-00689 RSM

ROCKE | LAW Group, PLLC
101 Yesler Way, Suite 603
Seattle, WA 98104
(206) 652-8670